RALPH A. CAMPILLO (Bar No. 70376)
MARIO HORWITZ (Bar No. 110965)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
801 South Figueroa Street, 19th Floor
Los Angeles, California 90017-5556
Telephone:    (213) 426-6900
Facsimile:    (213) 426-6921
Email:        ralph.campillo@sdma.com
              mario.horwitz@sdma.com

Attorneys for Defendants
HOWMEDICA OSTEONICS CORP.
AND STRYKER CORPORATION

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWRENCE PEARSON and MICHELLE PEARSON,<br><br>Plaintiffs,<br><br>v.<br><br>STRYKER CORPORATION and HOWMEDICA OSTEONICS CORPORATION d/b/a STRYKER ORTHOPAEDICS,<br><br>Defendants. | Case No.: C 09 – 00221 TEH<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS HOWMEDICA OSTEONICS CORP. AND STRYKER CORPORATION TO FILE RESPONSIVE PLEADING**<br><br>N.D. Cal Local Rule 6-1(a)<br><br>Complaint Filed: January 16, 2009 |

///

Pursuant to Northern District Local Rule 6-1(a), plaintiffs Lawrence Pearson and Michelle Pearson (collectively, "Plaintiffs") and defendants Howmedica Osteonics Corp. and Stryker Corporation (collectively "Defendants"), by and through their attorneys, hereby stipulate and agree that Defendants may file their initial response to Plaintiffs' complaint on or before Monday, July 6, 2009.

There have been no prior extensions of time.

IT IS SO AGREED AND STIPULATED.

Pursuant to General Order 45, Section X.B., Mario Horwitz hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: May 20, 2009            AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC


By: /s/ Douglas A. Kreis
    DOUGLAS A. KREIS, ESQ.
    Attorney for Plaintiffs
    LAWRENCE PEARSON and MICHELLE PEARSON

DATED: May 20, 2009            SEDGWICK, DETERT, MORAN & ARNOLD LLP


By: /s/ Mario Horwitz
    RALPH CAMPILLO
    MARIO HORWITZ
    Attorneys for Defendants
    HOWMEDICA OSTEONICS CORP. and
    STRYKER CORPORATION



IT IS SO ORDERED
Judge Thelton E. Henderson
02/21/09

-2-
STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING – C 09-00221 TEH