1 | RALPH A. CAMPILLO (Bar No. 70376)
2 | MARIO HORWITZ (Bar No. 110965)
  | SEDGWICK, DETERT, MORAN & ARNOLD LLP
3 | 801 South Figueroa Street, 19th Floor
  | Los Angeles, California 90017-5556
4 | Telephone:     (213) 426-6900
  | Facsimile:     (213) 426-6921
5 | Email:         ralph.campillo@sdma.com
  |               mario.horwitz@sdma.com

6 | Attorneys for Defendants
  | HOWMEDICA OSTEONICS CORP.
7 | AND STRYKER CORPORATION

**IT IS SO ORDERED AS MODIFIED**

*James Ware*

Judge James Ware

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

10 |

| | | |
|---|---|---|
| 11 | LAWRENCE PEARSON and MICHELLE PEARSON, | CV 09 – 0221 JW (PVT) |
| 12 | | **STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| 13 | Plaintiffs, | |
| 14 | v. | *[Declaration of Mario Horwitz filed concurrently]* |
| 15 | STRYKER CORPORATION and HOWMEDICA OSTEONICS CORPORATION d/b/a STRYKER | |
| 16 | ORTHOPAEDICS, | Case Mgmnt. Conf.:   Sept. 28, 2009 |
| 17 | Defendants. | Complaint Filed:     Jan. 16, 2009 |
| 18 | | |

19 |      The parties, through their respective counsel, wish to undertake early exploration of

20 | alternatives to litigation, and therefore jointly request that the Case Management Conference

21 | currently scheduled for September 28, 2009 be continued for a period of 30-60 days.

22 |      Plaintiffs intend to grant defendant a corresponding extension of time within which to

23 | respond to the Complaint, in order to postpone motion practice during this period of time.

24 | / / /

25 | / / /

26 | / / /

27 | / / /

28 | / / /

LA/925950v1

1    IT IS SO AGREED AND STIPULATED.

2    Pursuant to General Order 45, Section X.B., Mario Horwitz hereby attests that

3    concurrence in the filing of this document has been obtained from each of the other signatories.

4

5    DATED:   August 4, 2009          SEDGWICK, DETERT, MORAN & ARNOLD LLP

6

7    By:/s/ Mario Horwitz
     _____
         Ralph A. Campillo
8        Mario Horwitz
         Attorneys for Howmedica Osteonics Corp.
9        and Stryker Corporation

10

11   DATED:   August 4, 2009          LEVIN SIMES KAISER & GORNICK

12

13   By:/s/ Rachel Abrams
     _____
         Rachel Abrams
14       Attorneys for Plaintiffs Lawrence and Michelle
         Pearson

15

16   DATED:   August 4, 2009          AYLSTOCK, WITKIN, KREIS
17                                       & OVERHOLTZ, PLLC

18

19   By:/s/ Douglas A. Kreis
     _____
         Neil D. Overholz
20       Douglas A. Kreis
         Attorneys for Plaintiffs Lawrence and Michelle
21       Pearson

22   **IT IS SO ORDERED AS MODIFIED:**

23   The case management conference is continued to **November 16, 2009 at 10:00 AM.** The parties shall file a joint
     case management conference statement by **November 6, 2009.** The statement shall comply with the Court's
24   Standing Order for submitting a Case Management statement as well as update the Court on the parties' efforts to
     resolve this matter.

25   DATED:   _____August 12, 2009_____          *James Ware*
                                                       _____
26                                                     Honorable James Ware
                                                       United States District Court Judge
27

28

                                        -2-                    Case No. CV-09-0221 JW (PVT)
     LA/925950v1          _____
                                 STIPULATION FOR CONTINUANCE
                                OF CASE MANAGEMENT CONFERENCE

1

## CERTIFICATE OF SERVICE

2

### *(Pearson v. Stryker Corp., et al., Case No CV 09-00221 JW (PVT)*

3

4

I hereby certify that I served the foregoing **STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** on the following attorneys on the date noted below via the following method:

5

6

7

Method:    ☒ US Mail, postage prepaid
          ☐ Facsimile
          ☐ Hand Delivery
          ☐ Overnight Delivery

8

9

| | |
|---|---|
| Lawrence J. Gornick (SBN 136290)<br>Debra DeCarli (SBN 237642)<br>Rachel Abrams (SBN 209316)<br>LEVIN SIMES KAISER & GORNICK LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104 | Telephone:    (415) 646-7160<br>Facsimile:    (415) 981-1270<br>email: ddecarli@lskg-law.com<br>email: rabrams@lskg-law.com<br>Attorney for Plaintiffs Lawrence Pearson and Michelle Pearson |
| Neil D. Overholtz, Esq. (SBN 0188761)<br>Douglas A. Kreis, Esq. (SBN 0129704)<br>AYLSTOCK, WITKIN, KREIS &<br>    OVERHOLTZ, PLLC<br>803 North Palafox Street<br>Pensacola, FL 32501 | Telephone: (850) 916-7450<br>Facsimile:  (850) 916-7449<br>email: dkreis@awkolaw.com<br>email: noverholtz&awkolaw.com<br>Attorney for Plaintiffs Lawrence Pearson and Michelle Pearson |

10

11

12

13

14

15

16

DATED this 4th day of August, 2009

17

18

19                                    SEDGWICK, DETERT, MORAN AND ARNOLD LLP

20                                    By: _____
                                              JEANINE JOHNSON

21

22

23

24

25

26

27

28

Case No. CV-09-0221 JW (PVT)

STIPULATION FOR CONTINUANCE
OF CASE MANAGEMENT CONFERENCE

LA/925950v1