IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Lawrence Pearson, et al., | NO. C 09-00221 JW |
|       Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| Stryker Corporation, et al., | |
|       Defendants. | |

This case is scheduled for a Case Management Conference on November 16, 2009. In its August 12, 2009 Order Continuing Case Management Conference,[1] the Court ordered the parties to file a Joint Case Management Statement on or before November 6, 2009. To date, the parties have not filed a Joint Case Management Statement.

In light of the parties' failure to file a Joint Statement as ordered, the Court continues the November 16 Case Management Conference to **November 23, 2009 at 10 a.m.** On or before **November 13, 2009**, the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, a good faith discovery plan with a proposed date for the close of all discovery. Failure to file a Joint Case Management Statement may result in monetary sanctions.

Dated: November 12, 2009

                                                                       JAMES WARE
                                                                       United States District Judge

---

[1] (Docket Item No. 20.)

United States District Court
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Debra Irwin DeCarli ddecarli@lskg-law.com
Douglass A. Kreis dkreis@aws-law.com
Lawrence J. Gornick lgornick@lskg-law.com
Mario Horwitz mario.horwitz@sdma.com
Rachel Beth Abrams rabrams@hershlaw.com

**Dated: November 12, 2009**               **Richard W. Wieking, Clerk**

                                              **By:    /s/ JW Chambers**
                                                      **Elizabeth Garcia**
                                                      **Courtroom Deputy**

**United States District Court**
For the Northern District of California