

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| LAWRENCE PEARSON and MICHELLE PEARSON,<br><br>          Plaintiffs,<br><br>     v.<br><br>STRYKER CORPORATION and HOWMEDICA OSTEONICS CORPORATION d/b/a STRYKER ORTHOPAEDICS,<br><br>          Defendants. | CV 09 – 0221 JW (PVT)<br><br>**[~~PROPOSED~~] ORDER ON STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Case Mgmnt. Conf.:   July 12, 2010<br>Complaint Filed:       Jan. 16, 2009 |

WHEREAS, Plaintiffs and Defendants have stipulated to the voluntary dismissal of this action in its entirety against all Defendants without prejudice, each party to bear their own fees and costs.

AND WHEREAS Plaintiffs and Defendants have further stipulated that if Plaintiffs do not file a renewed suit within 45 days subsequent to this dismissal, the dismissal shall be with prejudice.

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Clerks shall close this file.

DATED:   July 9, 2010                              _____
                                                              Honorable James Ware
                                                              United States District Court Judge