1  RALPH A. CAMPILLO (Bar No. 70376)
   MARIO HORWITZ (Bar No. 110965)
2  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   801 South Figueroa Street, 19th Floor
3  Los Angeles, California 90017-5556
   Telephone:    (213) 426-6900
4  Facsimile:    (213) 426-6921
   Email:        ralph.campillo@sdma.com
5                mario.horwitz@sdma.com

6  Attorneys for Defendants
   HOWMEDICA OSTEONICS CORP.
7  AND STRYKER CORPORATION

8                     **UNITED STATES DISTRICT COURT**

9           **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

10

11 | LAWRENCE PEARSON and MICHELLE PEARSON, | CV 09 – 0221 JW (PVT) |
   |---|---|
12 | Plaintiffs, | **[PROPOSED] ORDER ON STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE** |
13 | v. | |
14 | STRYKER CORPORATION and HOWMEDICA OSTEONICS CORPORATION d/b/a STRYKER ORTHOPAEDICS, | Complaint Filed: Jan. 16, 2009 |
15 | Defendants. | |

19    WHEREAS, Plaintiffs and Defendants have stipulated to the voluntary dismissal of this

20 action in its entirety against all Defendants with prejudice, each party to bear their own fees and

21 costs;

22    PURSUANT TO STIPULATION, IT IS SO ORDERED.

23

24 DATED:  August 11, 2010                    _____
                                               Honorable James Ware
25                                             United States District Court Judge

**CERTIFICATE OF SERVICE**

(*Pearson v. Stryker Corp.*, **et al., Case No CV 09-00221 JW (PVT)**)

I hereby certify that I served the foregoing **[PROPOSED] ORDER ON STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE** on the following attorneys on the date noted below via the following method:

Method:  ☒ US Mail, postage prepaid
☐ Facsimile
☐ Hand Delivery
☐ Overnight Delivery

| | |
|---|---|
| Lawrence J. Gornick (SBN 136290)<br>Debra DeCarli (SBN 237642)<br>Rachel Abrams (SBN 209316)<br>LEVIN SIMES KAISER & GORNICK LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104 | Telephone:    (415) 646-7160<br>Facsimile:      (415) 981-1270<br>email:  ddecarli@lskg-law.com<br>email:  rabrams@lskg-law.com<br>Attorney for Plaintiffs Lawrence Pearson and Michelle Pearson |
| Neil D. Overholtz, Esq. (SBN 0188761)<br>Douglas A. Kreis, Esq. (SBN 0129704)<br>AYLSTOCK, WITKIN, KREIS &<br>          OVERHOLTZ, PLLC<br>803 North Palafox Street<br>Pensacola, FL 32501 | Telephone:  (850) 916-7450<br>Facsimile:    (850) 916-7449<br>email: dkreis@awkolaw.com<br>email:  noverholtz&awkolaw.com<br>Attorney for Plaintiffs Lawrence Pearson and Michelle Pearson |

DATED this 28th day of July, 2010.

**SEDGWICK, DETERT, MORAN AND ARNOLD LLP**

By:  /s/ Betty J. Thomas
        Betty J. Thomas